**Order entered March 21, 2013**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-11-00490-CR**
**No. 05-11-00491-CR**
**No. 05-11-00492-CR**
**No. 05-11-00493-CR**

**DIONTE MATTHEWS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause Nos. F07-51260-X, F07-73298-X, F08-51985-X, F10-00641-X**

## ORDER

Before Justices Moseley, O'Neill, and Lewis

Based on the Court's opinion of this date, we **DIRECT** the Clerk to issue the mandates in these appeals forthwith.


/s/     JIM MOSELEY
         JUSTICE